```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA                :
                                        :
      -against-                         :   No. 18 Cr. 313 (JFK)
                                        :        ORDER
PAUL RITER,                             :
                                        :
                          Defendant.    :
----------------------------------------X
```

**JOHN F. KEENAN, United States District Judge:**

The Government is directed to file its response to Defendant Paul Riter's letter motion for compassionate release, (ECF No. 35), by no later than June 5, 2020. Mr. Riter's reply, if any, must be filed by no later than June 10, 2020. The motion will be considered fully submitted as of that date.

**SO ORDERED.**

Dated: New York, New York
       May 27, 2020

                                    _____
                                         John F. Keenan
                                    United States District Judge