```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :
    -against-                       :   No. 19 Cr. 2 (JFK)
                                    :        **ORDER**
HECTOR BATISTA,                     :
                                    :
                     Defendant.     :
------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

The Government is directed to file its response to Defendant Hector Batista's letter motion for compassionate release, (ECF No. 58), by no later than June 3, 2020. Mr. Batista's reply, if any, must be filed by no later than June 8, 2020. The motion will be considered fully submitted as of that date.

**SO ORDERED.**

Dated:  New York, New York
        May 27, 2020

                                    _____
                                         John F. Keenan
                                    United States District Judge